**Order filed February 9, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00066-CV
_____

**THOMAS RAMAGE AND ELIZABETH BURKHARDT, Appellants**

**V.**

**SUGAR BRANCH CONDOMINIUM ASSOCIATION, RAMON L. SOLANO, GLENDA MARTINEZ, ELIA SALINA, ANNIE BUTLER, C.J. HERMS, Appellees**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-31884**

## O R D E R

Appellants' brief was due January 24, 2017. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **March 1, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM